IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KATHY L. LEE AND JAMES P.
GOODSON,

      Appellant,

v.

JP MORGAN CHASE BANK,
NATIONAL ASS'N, ET AL.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2725

Opinion filed February 4, 2015.

An appeal from the Circuit Court for Gadsden County.
William L. Gary, Judge.

J. David House of J. David House, P.A., Blountstown, for Appellant.

Melissa A. Giasi of Kass Shuler, P.A., Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.